# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**FELTON VALENTE JORDAN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-1346

[July 19, 2018]

Appeal of order denying rule 3.800 from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Cynthia L. Cox, Judge; L.T. Case Nos. 31-2007-CF-000802-A and 31-2007-CF-000803-A.

Felton Valente Jordan, Milton, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, CONNER and FORST, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***